EMANUEL LANKESTER, by ERNEST LANKE TER, His Guardian ad Litem, and Others, Respondents, v. JOHN ROBERT GREEN, Appellant.— Res:ttled order of the City Court of Yonkers denying defendant's motion to vacate an execution

against the body affirmed, without costs. Appeal from original order dismissed. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.